IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-80115-G5-13 |
| **Ryan Christopher Brady** | § | |
| **Christine Nicole Brady** | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING

Ryan Christopher Brady and Christine Nicole Brady oppose the Trustee's Motion to Dismiss filed on or about June 18, 2020.

Debtors intend to file a Modified Plan under the C.A.R.E.S act before the date of this hearing.

Debtors request a hearing.

Debtors request that the Trustee's Motion to Dismiss be DENIED.

Respectfully submitted,
KEELING LAW FIRM

/s/Kenneth A. Keeling
Kenneth A. Keeling; TBN 11160500
Yolanda Gutierrez; TBN 24041028
Cristina Rodriguez; TBN 24049980
Rebecca Keeling; TBN 24083295
3310 Katy Freeway, Suite 200
Houston, Texas 77007
Tel: (713) 686-2222; Fax (713) 579-3058
legal@keelinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all parties electronically or by U.S. First Class Mail on July 9, 2020.

| | | |
|---|---|---|
| United States Trustee | William E Heitkamp | Ryan Christopher Brady |
| 515 Rusk, Suite 3516 | 9821 Katy Freeway | Christine Nicole Brady |
| Houston, TX 77002 | Suite 590 | 2304 Jackson Lane |
| | Houston, TX 77024 | League City, TX 77573 |

/s/Kenneth A. Keeling
KENNETH A. KEELING